UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 5 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Toni Patricia Irons Burley, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11 1094 |
| United States Government *et al.*, | ) |
| Defendants. | ) |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915 (e)(2)(B)(i).

Plaintiff, a resident of Kingston, New York, sues the United States Government, President Barack Obama "and adminitration[sic]," and the District of Columbia for "violating my rights, raping me, illegal wiretapping and illegal divices [sic] place upon me to do harm and stalking . . . ." Compl. at 1. She also mentions bribery, fraud, corruption, conspiracy, and constitutional rights but states no coherent facts.

A complaint may be dismissed under 28 U.S.C. § 1915(e)(2) as frivolous when it describes fantastic or delusional scenarios, contains "fanciful factual allegation[s]," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), or lacks "an arguable basis in law and fact." *Brandon v.*

(N)

*District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). This complaint qualifies for such treatment. A separate Order of dismissal accompanies this Memorandum Opinion.

Date: June 10, 2011

/s/
United States District Judge